JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BEVERLY J. DEKINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINA HASPEL, Director, Central Intelligence Agency,<br><br>　　　　Defendant | No. CV 18-554-GW-AFMx<br><br>**ORDER ACCEPTING STIPULATION FOR COMPROMISE AND DISMISSAL AND DISMISSING THE CASE WITH PREJUDICE**<br><br>Hon. George H. Wu |

| | |
|---|---|
| 1 | Upon consideration of the Amended Stipulation for Compromise Settlement and |
| 2 | Dismissal (the "Stipulation") by plaintiff Beverly J. DeKine and defendant Gina Haspel, |
| 3 | Director of the Central Intelligence Agency, and for good cause shown, |
| 4 | **IT IS HEREBY ORDERED:** |
| 5 | 1. The Stipulation is approved; |
| 6 | 2. Each party shall bear its own fees, costs, and expenses; and |
| 7 | 3. The above-captioned action is dismissed with prejudice. |

Dated: February 26, 2020

_____
HON. GEORGE H. WU
United States District Judge

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  */s/  Daniel A. Beck*
DANIEL A. BECK
Assistant United States Attorney

Attorneys for Defendant